# Exhibit A

# Biblical Archaeology Review Mailing List

Biblical Archaeology Review is the world's largest circulation biblical archaeology magazine. Readers are culturally aware and interested in educational, charitable and life-style enriching services and products. Perfect prospects for cultural, travel, financial, religious and publishing offers.

[Get Count]   [Get Pricing]   [Get More Information]

| SEGMENTS | | COUNTS THROUGH 05/31/2022 | | POPULARITY: | ━━━━━ 100 |
|---|---|---|---|---|---|
| 121,364 | TOTAL UNIVERSE / BASE RATE | | $110.00/M | MARKET: | CONSUMER |
| 72,735 | 12 MONTH ACTIVE | | $110.00/M | CHANNELS: |  |
| 38,558 | 6 MONTH ACTIVE | | + $5.00/M | | |
| 14,837 | 3 MONTH ACTIVE | | + $10.00/M | SOURCE: | DIRECT MAIL SOLD, PUBLICATIONS, DIRECT RESPONSE |
| 24,155 | 6 MONTH EXPIRES | | $75.00/M | PRIVACY: | UNKNOWN |
| 1,808 | CANADIAN ACTIVES | | $300.00/F | DMA?: | YES - MEMBER |
| | CANADIAN NON-PROFIT RATE | | $200.00/F | STATUS: | STANDARD PROVIDER |
| | CATALOG RATE | | $85.00/M | GEO: | USA CANADA |
| | CHARITABLE FUNDRAISER OFFER RATE | | $75.00/M | | |
| | | | | GENDER: | 26% FEMALE 73% MALE |

**DESCRIPTION**



*Biblical Archaeology Review*, the flagship magazine of the Biblical Archaeology Society, is the world's largest circulation biblical archaeology magazine. Its articles—by the world's leading scholars and archaeologists—make the latest scholarship relating to archaeology and the Bible understandable and exciting to the interested layperson. Covering both Old and New Testaments BAR also reports the latest controversies in the world of scholarship (like the Dead Sea Scrolls), and BAR's pictures are breathtaking.

BAR is nonsectarian, and its readers are mature, well-educated and financially secure. They are religious and secular. They are culturally aware and interested in educational, charitable, and lifestyle-enriching services and products. These direct-mail sold subscribers are excellent prospects for cultural, travel, financial, religious (especially Christian), and publishing offers.

Average Age: 56
Average HHI $75K
95% Paid
79% Homeowners
69% Married
69% College Graduates
49% Graduate School
41% Invest

| SELECTS | |
|---|---|
| 1 MONTH | $15.00/M |
| 3 MONTH | $10.00/M |
| 6 MONTH | $5.00/M |
| ADDRESS TYPE | $8.00/M |
| GENDER | $8.00/M |
| PAID | $8.00/M |
| SCF/STATE/ZIP | $8.00/M |
| SOURCE | $8.00/M |
| ZIP + 4 | $8.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | NOT AVAILABLE |
| EMAIL DELIVERY | $50.00/F |
| FTP DELIVERY | $50.00/F |

**RELATED LISTS**

- WILAND PUBLISHING/SUBSCRIBER DATABASE
- SMITHSONIAN MAGAZINE
- I-BEHAVIOR DATABASE
- DISCOVER MAGAZINE ACTIVE SUBSCRIBERS
- ARCHAEOLOGICAL CONSERVANCY - DONORS
- ARCHAEOLOGY MAGAZINE
- CHRISTIANITY TODAY
- THE GREAT COURSES FROM THE TEACHING COMPANY & ENHANCED
- GOD'S WORD TO THE NATIONS MISSION SOCIETY
- AMERICAN BIBLE SOCIETY