UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS WINARSKI, individually and
on behalf of all other similarly situated,

      Plaintiff,

v.

      Case No. 22-cv-11881
      Hon.  Thomas L. Ludington
      Mag. Judge:  Patricia T. Morris

BIBLICAL ARCHAEOLOGY SOCIETY,
INC.,

      Defendant.
_____/

**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE FIRST RESPONSIVE PLEADINGS**

    IT IS STIPULATED between Plaintiff and Defendant, through their respective counsel, that Defendant shall have an extension of time until and including **October 12, 2022,** to file its first responsive pleadings in this matter.

THE MILLER LAW FIRM, P.C.

/s/ Gregory A. Mitchell (w/consent)
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
Gregory A. Mitchell (P68723)
950 W. University Drive, Ste. 300
Rochester, MI  48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com
gam@millerlawpc.com

PLUNKETT COONEY

/s/ Jeffrey S. Hengeveld
Jeffrey S. Hengeveld (P66029)
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 594-8202
jhengeveld@plunkettcooney.com
***Attorney for Defendant***

- 2 -

BURSOR & FISHER, P.A.
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave., Ste. 1140
Miami, FL  33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff and the Putative Class*

Dated:  September 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS WINARSKI, individually and
on behalf of all others similarly situated,

        Plaintiff,                        Case No. 1:22-cv-11881

v.                                         Honorable Thomas L. Ludington
                                              United States District Judge
BIBLICAL ARCHAEOLOGY SOCIETY,
INC.,

        Defendant.
_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO FILE FIRST RESPONSIVE PLEADINGS**

This matter having come before this Court by way of the foregoing Stipulation and this Court being fully advised in the premises;

It is **ORDERED** that Defendant shall have an extension of time until and including **October 12, 2022** to file its first responsive pleadings in this matter.

**IT IS SO ORDERED.**

Dated: September 8, 2022                                s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                              United States District Judge