### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS WINARSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BIBLICAL ARCHAEOLOGY SOCIETY, INC.,<br><br>        Defendant. | Case No. 22-cv-11881-TLL-PTM |

### **JOINT STATUS REPORT**

Pursuant to the Court's October 28, 2022 Order (ECF No. 15), Plaintiff Thomas Winarski ("Plaintiff") and Defendant Biblical Archaeology Society, Inc. ("Defendant," together with Plaintiff, the "Parties") jointly report that they have reached a resolution of this case following a private mediation with Jill R. Sperber, Esq. on December 15, 2022. Plaintiff expects to file dismissal papers on or before January 20, 2023.

Dated: December 27, 2022

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Jeffrey S. Hengeveld* |
| THE MILLER LAW FIRM, P.C. | PLUNKETT COONEY |
| E. Powell Miller (P39487) | Jeffrey S. Hengeveld (P66029) |
| Sharon S. Almonrode (P33938) | Erik Johnson (P85017) |
| 950 W. University Drive, Suite 300 | 38505 Woodward Avenue, Suite 100 |
| Rochester, MI 48307 | Bloomfield Hills, MI 48304 |
| (248) 841-2200 | (248) 594-8202 |
| epm@millerlawpc.com | jhengeveld@plunketcooney.com |
| ssa@millerlawpc.com | ejohnson@plunketcooney.com |
| | |
| BURSOR & FISHER, P.A. | *Attorneys for Defendant* |
| Joseph I. Marchese | |
| Philip L. Fraietta (P85228) | |
| 888 Seventh Avenue | |
| New York, New York 10019 | |
| (646) 837-7150 | |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff*

Open.11877.23418.30235205-1